IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFERY UGOCHUKWU NWOKOLO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SCARLET GRANT, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-26-240-SLP |

**O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Amanda L. Maxfield [Doc. No. 14]. The Magistrate Judge recommends that the Court dismiss this action because the Court lacks jurisdiction over the matter as Petitioner "was not confined in [this judicial] district at the time he filed the instant Petition." *See* R&R [Doc. No. 14] at 4.[1] The Magistrate Judge advised the Parties of their right to object to the R&R and directed that any objections be filed on or before March 3, 2026. *Id.* at 5. The Parties were further advised that any failure to object would waive the Parties' right to appellate review of the factual and legal issues addressed in the R&R. *Id.* Neither party has filed an objection, nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that the Parties have waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

---

[1] The Magistrate Judge also recommends denying Petitioner's Emergency Motion for Temporary Restraining Order [Doc. No. 6] as moot. *See id.* at 4.

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 14] is ADOPTED and this action is DISMISSED for lack of jurisdiction. Furthermore, Petitioner's Emergency Motion for a Temporary Restraining Order is DENIED as moot. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 5th day of March, 2026.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**