## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEFFERY UGOCHUKWU NWOKOLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-240-SLP |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT OF DISMISSAL**

Pursuant to the Order entered this 5th day of March, 2026, adopting the Magistrate

Judge's Report and Recommendation, this action is DISMISSED.

ENTERED this 5th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE